

*State of New Jersey*

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX<br>TRENTON, NJ 08625-0 | MATTHEW J. PLATKIN<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

November 18, 2022

**VIA CM/ECF**
William T. Walsh
Clerk of Court
District of New Jersey
402 East State Street
Trenton, New Jersey  08608

    Re:  *Association Of New Jersey Rifle & Pistol Clubs,*
          *Inc. et al. v. Platkin et al.*
          Docket No. 3:18-cv-10507
          *Cheeseman et al. v. Platkin et al.*
          Docket No. 1:22-cv-04360
          *Ellman et al. v. Platkin et al.*
          Docket No. 3:22-cv-04397

Dear Mr. Walsh:

    This office represents Defendants Matthew J. Platkin and Patrick J. Callahan ("State Defendants") in the three above-captioned matters.  State Defendants have moved to consolidate the three cases.  Pursuant to L. Civ. R. 42.1, please find enclosed courtesy copies of the following documents:

        (1)  State Defendants' Notice of Motion;

        (2)  Certificate of Service of Stuart M. Feinblatt;

        (3)  Brief in Support of State Defendants' Motion to Consolidate, and Exhibits; and



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3202 • FAX: (609) 292-0690
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

  (4) State Defendants' Proposed Form of Order

 The above documents were electronically filed with the Clerk of the Court on November 18, 2022 in support of State Defendants' Motion to Consolidate.

        Sincerely yours,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY


       By: /s/ Stuart M. Feinblatt
         Stuart M. Feinblatt
         Assistant Attorney General

Enclosures

cc: all counsel of record (via CM/ECF)