# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

KATHLEEN N. FENNELLY
Direct Dial: (973) 401-7106
kfennelly@mdmc-law.com

December 20, 2022

**VIA ECF**
The Honorable Tonianne J. Bongiovanni
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Ellman, et al. v. Platkin, et al.*
             Civil Action No. 22-4397(FLW)(TJB)

Dear Judge Salas:

      We represent defendant Ryan McNamee, named as a defendant in this matter in his official capacity as the Chief of the Chester Township Police Department ("Defendant"). We write with the consent of counsel for Plaintiffs to respectfully request a brief extension of time to file an answer. Defendant's answer was due on November 16, 2022. Assuming Your Honor approves this request, we are prepared to file an answer within five (5) days of the entry of an order approving the extension of time to answer.

      We have included a "So Ordered" provision at the end of this letter in the hope that this request meets with Your Honor's approval.

      Respectfully yours,

      MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

      */s/ Kathleen N. Fennelly*

      KATHLEEN N. FENNELLY

cc: All counsel (via ECF and e-mail)

**SO ORDERED** this _____ day of December, 2022.

      _____
      HON. TONIANNE J. BONGIOVANNI
      United States Magistrate Judge