

FRANKLIN H. BERRY, JR. ♦▫
JOHN C. SAHRADNIK* ♦▫
STEPHEN B. KOTZAS ∆♦▫
LAURA M. BENSON ♦▫
ROBERT D. BUDESA
MARY JANE LIDAKA ♦
MATHEW B. THOMPSON ♦▫
LAURA E. COMER

* NJ & FL Bars
∆ Admitted to the U.S. Tax Court
♦ Admitted to U.S. Court of Appeals, 3rd Circuit
▫ Admitted to U.S. Supreme Court

**BERRY, SAHRADNIK,
KOTZAS & BENSON**
ATTORNEYS AT LAW

212 Hooper Ave. / P.O. Box 757
Toms River, NJ 08754-0757
732-349-4800

FRANKLIN H. BERRY 1941 – 1975
WILLIAM W. WHITSON 1941-1967
MAJA L. BERRY 1948-1961

COUNSEL
EDWARD T. FEUREY ♦▫∆

Toll Free: 800-991-9279
Fax: 732-349-1983
www.bskb-law.com
mjlidaka@bskb-law.com

January 16, 2023

*VIA E-FILING*
Peter G. Sheridan, U.S.D.J.
U.S. District Court
402 E State Street
Trenton NJ 08608

Re:   Assn. of New Jersey Rifle & Pistol Clubs, Inc. v. Platkin, et al., 3:18-cv-10507 (PGS)
      Cheeseman v. Platkin, et al., 1:22-cv-4360 (RNB); and
      Ellman v. Platkin, 3:22-cv-4397 (FLW)
      Claim No.: 2023280073
      Our File No.: 42.0058671

Dear Judge Sheridan:

Please be advised that I represent Defendant Bradley Billhimer, the Ocean County Prosecutor, in connection with the Cheeseman v. Platkin, et al. matter (Civil Action No. 1:22-cv-4360 (RNB)). I have received the order scheduling oral argument by telephone in connection with the State's motion to consolidate the above-referenced matters for January 25, 2023 at 11:00 a.m.. The order requires each party to participate. The purpose of this letter is to request that I be excused from participation in the argument on this motion. I am the New Jersey Utility Authority Joint Insurance Fund counsel, and the regular monthly public meeting is scheduled for January 25, 2023 at 10:30 a.m.. It is an in-person meeting here in Toms River. Additionally, on behalf of Mr. Billhimer, I do not object to consolidation of these matters and am not involved in the Constitutional issues which are being handled by the Attorney General's office.

Thank you, Your Honor, for your attention.

Yours very truly,

MARY JANE LIDAKA

granted
SO ORDERED: Peter M———
DATED: 1/17/23

MJL/bk
cc:   Counsel of Record (via e-filing)

*Advocating for you and the communities in which we live*