MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants Matthew J. Platkin, Patrick J. Callahan, Bradley D. Billhimer, and Christine A. Hoffman

By: Daniel M. Vannella (NJ Bar # 015922007)
    Assistant Attorney General
    609-376-2776
    Daniel.Vannella@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department, <br><br> Defendants. | HON. PETER G. SHERIDAN <br><br> Civil Action No. 3:18-cv-10507 <br><br> **ORDER EXTENDING CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42(a) AND LOCAL CIV. R. 42.1** |

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor, <br><br> Defendants. | Civil Action No. 1:22-cv-4360 |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police | Civil Action No. 3:22-cv-04397 |

|  |
|---|
| Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>    Defendants. |

This matter having come before the Court on a motion pursuant to Fed. R. Civ. P. 42(a) and Local Civil Rule 42.1 on November 11, 2018 by Defendants Matthew J. Platkin, Patrick J. Callahan, Bradley D. Billhimer, and Christine A. Hoffman (ECF 128); and the Court having granted the motion and ordered that the three above-captioned cases be consolidated for coordination of discovery on February 6, 2023 (ECF 148), and discovery having concluded on August 31, 2023, and the parties having submitted a joint proposal on August 25, 2023 (ECF 166) requesting that the cases continued to be consolidated through the resolution of dispositive motions and *Daubert* motions, and for good cause shown;

It is on this 11TH day of September, 2023;

**ORDERED** that the consolidation of the three above-captioned actions be extended through the resolution of *Daubert* motions and dispositive motions.

                                                              **PETER G. SHERIDAN, U.S.D.J.**