**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
955 Route 34, Suite 200
Matawan, New Jersey 07747
Phone: (732) 583-7474
Fax: (732) 566-7687
Attorneys for Defendant, Kenneth Brown, Jr. in his official capacity as Chief of Wall Township Police Department

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of Park Ridge Police Department,<br><br>Defendants. | Case No.: 3:18-cv-10507 (PGS) (JBD)<br><br>Civil Action<br><br>**DEFENDANT, KENNETH BROWN, JR's NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of | Case No.: 1:22-cv-4360 (RMB) (JBD) |

| | |
|---|---|
| New Jersey, PATRICK J. CALLAHAN, CHRISTINE A. HOFFMAN, BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutors,<br><br>                       Defendants. | |
| BLAKE ELLMAN, THOMAS R. ROGERS, ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.<br><br>                       Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>                       Defendants. | Case No.: 3:22-cv-4397 (PGS)(JBD) |

**TO**:   **DANIEL L. SCHMUTTER**
        Hartman & Winnicki, P.C.
        74 Passaic Street
        Ridgewood, NJ 07450

**PLEASE TAKE NOTICE** that on January 2, 2024, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant, Kenneth Brown, Jr., in his official capacity as Chief of Wall Township Police Department, shall

2

move before the above-named Court for summary judgment, pursuant to Fed.R.Civ.P. 56.

**PLEASE TAKE FURTHER NOTICE** the undersigned shall rely upon the attached Brief and Certification of Counsel in support of this application.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that the Court rule upon the moving papers submitted, without requiring the appearance of counsel, pursuant to Fed.R.Civ.P. 78.

**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Attorneys for Defendants
Defendant, Kenneth Brown, Jr. in his
official capacity as Chief of Wall Township
Police Department

By: /s/ *Mitchell B. Jacobs*
     MITCHELL B. JACOBS

Dated: November 2, 2023

4888-4345-0252, v. 1