## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al., | HON. PETER G. SHERIDAN |
| Plaintiffs, | |
| v. | Civil Action No. 3:18-cv-10507 |
| MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., | |
| Defendants. | |
| MARK CHEESEMAN, et al., | |
| Plaintiffs, | HON. RENEE M. BUMB |
| v. | Civil Action No. 1:22-cv-04360 |
| MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., | |
| Defendants. | |
| BLAKE ELLMAN et al., | |
| Plaintiffs, | HON. PETER G. SHERIDAN |
| v. | Civil Action No. 3:22-cv-04397 |
| MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, BRADY
CENTER TO PREVENT GUN VIOLENCE, AND MARCH FOR OUR
LIVES FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE*

1

**THIS MATTER** having come before the Court upon the unopposed application of Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives (together with Giffords Law Center and Brady, "*Amici*") for an Order granting them leave to file a brief as *amici curiae;* and the Court having considered the submissions; and for good cause shown;

**IT IS HEREBY ORDERED,** on this _13_ day of _November_ 2023, that:

    a. *Amici*'s motion is **GRANTED;**

    b. *Amici*'s proposed amicus brief is deemed **FILED.**

**It is SO ORDERED.**

                                                              
HON. PETER G. SHERIDAN
United States District Court
District of New Jersey