

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

January 12, 2024

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
United States District Court
402 East State Street
Trenton, NJ 08608

        **Re:**   *Association of New Jersey Rifle & Pistol Clubs, Inc. et al. v. Platkin et al. ("ANJRPC")*
               Docket No. 3:18-cv-10507
          *Cheeseman et al. v. Platkin et al.*
               Docket No. 1:22-cv-04360
          *Ellman et al. v. Platkin et al.*
               Docket No. 3:22-cv-04397

Dear Judge Day:

      I represent State Defendants[1] in these above-captioned consolidated matters. By order dated September 6, 2023 (*see ANJRPC*, ECF Nos. 166-167), the Court adopted the parties' proposed scheduling order for summary judgment and Daubert motions. Included in the schedule was a provision allowing a party to request extended brief page length, seven days prior to filing, after meeting and conferring with all parties.

---

[1] State Defendants are: the Attorney General of New Jersey and Superintendent of the New Jersey Division of State Police as to all three matters; and the Camden County Prosecutor and Ocean County Prosecutor in the *Cheeseman* matter only.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2776 • FAX:
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

January 12, 2024<br>
Page 2

State Defendants hereby request leave to file a reply brief of up to 45 pages for their cross-motion for summary judgment. Plaintiffs in all three matters have consented to this request.

A brief of 45 pages is necessary due to the number and complexity of the issues involved in these three consolidated actions, and to address recently-issued federal court decisions. This Court has previously granted all parties motions for overlength briefs.

Thank you for the Court's consideration.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Rachel Manning
Rachel Manning
Deputy Attorney General

cc: All counsel of record (via ECF)